**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

**In the matter of:**                    :          **UNITED STATES BANKRUPTCY COURT**
                                         :           **DISTRICT OF NEW JERSEY**
**Marie-Ann Greenberg, TRUSTEE**         :           In Bankruptcy B-
**Chapter 13 Bankruptcy**                :
                                         :           **STATEMENT OF UNDISTRIBUTED**
                                         :              **BALANCE**
**Bankruptcy**                           :

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 09-24112 | MS | Patrick & Kimberly Zazzaro | 0051 | Washington Mutual FA | $2,277.77 | Not Cashing |

**January 25, 2010**
**To be Deposited into Can X600**        /s/Marie-Ann Greenberg
                                         **MARIE-ANN GREENBERG**
                                         **STANDING TRUSTEE**